# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX. REL. ELMA F. DRESSER,<br><br>Plaintiff,<br><br>v.<br><br>QUALIUM CORP., et al.,<br><br>Defendants. | Case No.   5:12-cv-01745-BLF<br><br>**ORDER DENYING REQUEST FOR SUPPLEMENTAL BRIEFING** |

Defendants request leave to file fifteen pages of supplemental briefing on their pending motions to dismiss, in light of the Supreme Court's recent decision in *Universal Health Servs., Inc. v. United States*, 579 U. S. __, 2016 WL 3317565 (2016). *See* Request for Supplemental Briefing at 4, ECF 89. Defendants' motion is DENIED. The Court will consider all appropriate cases in resolving the pending motions.

**IT IS SO ORDERED.**

Dated: June 27, 2016

_____
BETH LABSON FREEMAN
United States District Judge