UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX. REL. ELMA F. DRESSER<br><br>Plaintiff,<br><br>v.<br><br>QUALIUM CORP., et al.,<br><br>Defendants. | Case No.  12-cv-01745-BLF<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  August 11, 2016<br>Mediator:  Nicole Healy |

IT IS HEREBY ORDERED that the request to excuse plaintiff in intervention United States of America's agency representative, Kristen Schwendinger, from appearing in person at the August 11, 2016, mediation before Nicole Healy is GRANTED.  The agency representative shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated:  7/28/2016

Maria-Elena James
United States Magistrate Judge